323

## FOULKS v FOULKS

Ohio Appeals, 5th Dist, Stark Co

Decided May 23, 1934

For full opinion see 3 OO 207; 49 Oh Ap 291.

H. H. Emmons, Canton, for plaintiff in error.

Black, McCuskey, Ruff & Souers, Canton, for defendant in error.